United States District Court
Eastern District of New York

**NOTICE OF
RELATED CASE**

The Civil Cover Sheet filed on **4/27/2010** in civil action

**CV 10-1884-SJF-ETB**

1) indicated that this case is related to the following case(s):

**CV 04-4755-ILG-MDG**

-OR-

2) was directly assigned to District Judge _____

and Magistrate Judge _____ as a Pro Se or Habeas case related to

_____

Dated: **4/29/2010 (mvr)**