UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADMIRAL INSURANCE COMPANY,

                Plaintiff,

-v-

KENNETH GOLDEN ESQ., EAM LAND SERVICES,
INC., AND PSS SETTLEMENT SERVICES L.L.C.,

                Defendants.
-------------------------------------------------------------------X

Index No.: 10-cv-1884

**ANSWER**

      Defendants, by and through their attorney Joseph V. DiBlasi, Esq. in response to the plaintiff's action for rescission and declaratory judgment Answers as follows:

    1.    Defendants admit the allegations in paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 17, 19, 23, 25, 31, 32, 37, 39, 46, 52, 52, 53, 56 and 57.

    2.    Defendants deny the allegations in paragraphs 2, 16, 24, 27, 28, 29, 30, 34, 35, 37, 38, 41, 42, 43, 44, 45, 47, 48, 49, 50, 54, 55, 58, 59, 60, 61, 62, 63, 64, 65, 66 and 67.

    3.    Defendants lack specific knowledge to answer the allegation in paragraphs 13, 18, 20, 21, 22, 26 and 33.

Dated: New York, New York
       June 23, 2010

                                    Respectfully Submitted,

                                    By: *[signature]*
                                       Joseph V. DiBlasi, Esq.
                                       *Attorney for Defendants*
                                       590 Madison Avenue, 35th Floor
                                       New York, New York 10022
                                       Telephone: (212) 333-0248
                                       Facsimile: (212) 333-2350
                                       Email: jdiblasi@arkin-law.com

TO:	Antoinette L. Banks, Esq.
	Lewis Brisbois Bisgaard & Smith LLP
	*Attorney for Plaintiff*
	199 Water Street, Suite 2500
	New York, New York 10038
	(212) 232-1300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADMIRAL INSURANCE COMPANY,

                      Plaintiff,

-v-

KENNETH GOLDEN ESQ., EAM LAND SERVICES,
INC., AND PSS SETTLEMENT SERVICES L.L.C.,

                      Defendants.
------------------------------------------------------------------X

Index No.: 10-cv-1884

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                )ss:
COUNTY OF NEW YORK  )

I, the undersigned, being sworn say: I am not a party to this action, am over 21 years of age. On June 23, 2010, I served the within copy of Defendant's ANSWER by mailing a copy to the following person at the last known address set forth below:

TO:       Antoinette L. Banks, Esq.
            Lewis Brisbois Bisgaard & Smith LLP
            *Attorney for Plaintiff*
            199 Water Street, Suite 2500
            New York, New York 10038
            (212) 232-1300

                                                                   Stoldia Ducrepin

Sworn before me
this ___ day of June, 2010

_____
Notary Public

LISA M. JORDAN
Notary Public, State of New York
No. 01JO4817023
Qualified in Westchester County
Commission Expires July 31, 2010